

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
www.dlapiper.com

Marc E. Miller
marc.miller@us.dlapiper.com
T  212.335.4500
F  212.335.4501

December 20, 2023

*Via ECF*

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Caraway Home, Inc. v. Sensio Inc. d/b/a Made by Gather*
      Case No. 1:23-cv-09756-PKC (S.D.N.Y.)

Dear Judge Castel:

Undersigned counsel for both parties in the above-captioned matter write Your Honor concerning the Defendant Sensio Inc. d/b/a Made by Gather ("Sensio") pending Motion to Vacate a certificate of default entered against Sensio, Doc. 17, and Letter-Motion for an Extension of Time, Doc. 23. The parties also write to jointly request adjournment of the scheduled January 10, 2024 Initial Pretrial Conference.  Per Rule 1(A)(iii) of Your Honor's Individual Practices in Civil Cases, the next conference before the Court is on January 10, 2024.

Plaintiff Caraway Home, Inc. ("Caraway") does not oppose Sensio's pending Motion to Vacate. Accordingly, Sensio respectfully requests the Court grant its Motion, vacating the Certificate of Default entered against it.  Doc. 15.  Likewise, Caraway retracts its filed opposition to Sensio's Letter-Motion for Extension of Time.  Doc. 25.  Therefore, Sensio also respectfully requests the Court grant its Letter-Motion, extending its time to respond to the Complaint *nunc pro tunc* to December 27, 2023.

The parties also respectfully and jointly request the Court adjourn the January 10, 2024 Initial Pretrial Conference to the week of January 22, 2024, or a later date that is convenient for the Court. Good cause exists for this brief adjournment to allow the parties additional time to progress this case forward on the merits, including Sensio's forthcoming response to the Complaint, and for the parties to confer pursuant to Fed. R. Civ. P. 26(f) at least fourteen days before the Initial Pretrial Conference as required in Rule 1(C)(vii) of Your Honor's Individual Practices in Civil Cases. Neither party has previously sought to adjourn the Initial Pretrial Conference.

We thank the Court for its attention to this matter.

---

Handwritten annotations by the Court:

1. Motion to Vacate Certificate of Default (ECF 17) is GRANTED.
2. Time for Sensio to respond to the complaint extended to December 27 and letter motion (ECF 23) is GRANTED.
3. January 10 conference adjourned to January 26, 2024 at 10:00 am telephonically.

SO ORDERED
/s/ P. Kevin Castel
USDJ
12-20-23

Respectfully submitted,

**DLA Piper LLP US**                               **Bochner PLLC**

*/s/ Marc E. Miller*                               */s/ Andrew D. Bochner*

Marc E. Miller                                     Andrew D. Bochner

*Attorney for Defendant Sensio Inc. d/b/a*         *Attorney for Plaintiff Caraway Home, Inc.*
*Made by Gather*