

Ariel Reinitz
*Partner*
Bochner PLLC
1040 Sixth Avenue
15th Floor
New York, NY 10018

ariel@bochner.law
Direct: 646.494.6909

March 8, 2024

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Caraway Home, Inc. v. Sensio Inc. d/b/a Made by Gather*
             Case No.: 1:23-cv-09756-PKC

Dear Judge Castel:

    We represent plaintiff Caraway Home, Inc. ("Caraway").

    Pursuant to the Court's order (ECF No. 68), attached are copies of Caraway's proposed amended complaint in clean and mark-up format.

                                       Respectfully submitted,
                                       By: /s/ Ariel Reinitz
                                       Ariel Reinitz