UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARAWAY HOME, INC,

                Plaintiff,

    -against-

                                                        23-cv-9756 (PKC)

                                                        ORDER

SENSIO INC. d/b/a Made by Gather,

                Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court's Scheduling Order in this action, entered on January 29, 2024 (ECF 44), provides that "[c]laim construction will in the first instance arise in the context of summary judgment briefing. Any further claim construction may take place thereafter if needed." (Id. at ¶ 8.)

        Defendant now seeks to modify the Scheduling Order and proposes a schedule of claim construction briefs commencing August 7, 2024, leading to a claim construction hearing sometime in the month of October. The Court adheres to the existing schedule. Claim construction will take place principally in the context of the motion for a preliminary injunction and/or the anticipated summary judgment motion(s). See, e.g. Green Pet Shop Enterprises, LLC v. Eur. Home Design, LLC, 17-cv-6238 (JMF), 2019 WL 1172069, at *4 (S.D.N.Y. Mar. 13, 2019); Financeware, Inc. v. UBS Fin. Servs., 11-cv-5503 (JFK), 2011 WL 6092311, at *3 (S.D.N.Y. Dec. 7, 2011). If necessary, the Court will schedule further claim construction proceedings after such motions are decided.

Letter motion at ECF 113 is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 10, 2024