AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of New York on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:2023-cv-09756 | DATE FILED<br>11/3/2023 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br>CARAWAY HOME, INC. | | DEFENDANT<br>SENSIO INC. D/B/A MADE BY GATHER |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7095737 | 7/7/2023 | Caraway Home, Inc. |
| 2  7095738 | 7/7/2023 | Caraway Home, Inc. |
| 3  7095739 | 7/7/2023 | Caraway Home, Inc. |
| 4  7095740 | 7/7/2023 | Caraway Home, Inc. |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Tammi M. Hellwig, Clerk of Court | (BY) DEPUTY CLERK<br>s/ T. Pisarczyk | DATE<br>12/12/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARAWAY HOME, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| SENSIO INC. D/B/A MADE BY GATHER; ) | 1:23-cv-09756-PKC-SN |
| WALMART, INC.; DREW BARRYMORE ) | |
| ) | |
| Defendants. ) | |
| ) | |
| SENSIO INC. D/B/A MADE BY GATHER ) | **JOINT STIPULATION OF** |
| ) | **DISMISSAL** |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CARAWAY HOME, INC. ) | |
| ) | |
| Counter-Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff-Counterclaim Defendant Caraway Home, Inc. ("Caraway") and Defendant-Counterclaim Plaintiff Sensio, Inc. d/b/a Made By Gather ("MBG") and together with Caraway, the "Parties") hereby submit this Joint Stipulation of Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), it is hereby stipulated by, between, and among the Parties, through their respective counsel, that all claims and counterclaims asserted in this action are dismissed. Caraway's claims are dismissed with prejudice. MBG's claims are dismissed without prejudice, subject to the terms of the Parties' confidential settlement agreement.

Dated:  December 10, 2024

| | |
|---|---|
| **BOCHNER PLLC** | **DLA PIPER LLP (US)** |
| */s/* _____ | */s/* _____ |
| Andrew D. Bochner | By: Marc E. Miller |
| Serge Krimnus | Tamar Y. Duvdevani |
| Ariel Reinitz | Matthew N. Ganas |
| 1040 Avenue of the Americas | 1251 Avenue of the Americas |
| 15th Floor | New York, New York 10020-1104 |
| New York, New York 10018 | (212) 335-4500 |
| (646) 971-0685 | marc.miller@us.dlapiper.com |
| andrew@bochner.law | tamar.duvdevani@us.dlapiper.com |
| serge@bochner.law | matt.ganas@us.dlapiper.com |
| ariel@bochner.law | |
| | William Bartow (*admitted pro hac vice*) |
| *Attorneys for Plaintiff Caraway Home, Inc.* | Michael L. Burns (*admitted pro hac vice*) |
| | Gregory J. Ferroni (*admitted pro hac vice*) |
| | **DLA PIPER LLP (US)** |
| | One Liberty Place |
| | 1650 Market Street |
| | Suite 5000 |
| | Philadelphia, PA 19103-7300 |
| | (215) 656-3300 |
| | william.bartow@us.dlapiper.com |
| | michael.burns@us.dlapiper.com |
| | gregory.ferroni@us.dlapiper.com |
| | |
| | *Attorneys for Defendants Sensio Inc. d/b/a Made by Gather, Walmart, Inc., and Drew Barrymore* |

Dated: December 10, 2024

<table>
<tr><td>

**BOCHNER PLLC**

/s/ _____
Andrew D. Bochner
Serge Krimnus
Ariel Reinitz
1040 Avenue of the Americas
15th Floor
New York, New York 10018
(646) 971-0685
andrew@bochner.law
serge@bochner.law
ariel@bochner.law

*Attorneys for Plaintiff Caraway Home, Inc.*

</td><td>

**DLA PIPER LLP (US)**

/s/ _____
By: Marc E. Miller
Tamar Y. Duvdevani
Matthew N. Ganas
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
marc.miller@us.dlapiper.com
tamar.duvdevani@us.dlapiper.com
matt.ganas@us.dlapiper.com

William Bartow (*admitted pro hac vice*)
Michael L. Burns (*admitted pro hac vice*)
Gregory J. Ferroni (*admitted pro hac vice*)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103-7300
(215) 656-3300
william.bartow@us.dlapiper.com
michael.burns@us.dlapiper.com
gregory.ferroni@us.dlapiper.com

*Attorneys for Defendants Sensio Inc. d/b/a Made by Gather, Walmart, Inc., and Drew Barrymore*

</td></tr>
</table>